IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR286 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| LUCAN C. CERVANTES, | ) | |
| | ) | |
| Defendant. | ) | |

On Friday, November 11, 2005, I inadvertently became aware that an adult child of a friend may have knowledge of the defendant's alleged criminal activity. Under these circumstances, a reasonable person would question my impartiality. Therefore,

IT IS ORDERED that I recuse and disqualify myself from this case. The Clerk of the Court shall bring this case to the attention of Chief Judge Bataillon for reassignment to another judge.

November 14, 2005.   BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge