IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:05CR286 |
| v. | ) | |
| LUCAN C. CERVANTES, | ) | REASSIGNMENT ORDER |
| Defendant. | ) | |

Pursuant to the recusal of District Judge Richard G. Kopf (Filing No. 28) in the above matter,

IT IS ORDERED that this case is reassigned to District Judge Laurie Smith Camp for disposition and to Magistrate Judge F.A. Gossett for judicial supervision and processing of all pretrial matters.

DATED this 14th day of November, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge